PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Brenda Rickard**                                    Docket No. **05-482**

### Petition for Action on Conditions of Pretrial Release

     COMES NOW **Kenneth Rowan** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Brenda Rickard**, who was placed under pretrial release supervision by the **Honorable Mark Falk, U.S. Magistrate Judge**, sitting in the Court at Newark, New Jersey, on August 1, 2005, under the following conditions:

1. Defendant's daughter, Melony Rand, to serve as third party custodian.
2. Pretrial Services supervision.
3. Travel restricted to New Jersey.
4. Surrender passport.
5. Do not possess any weapons.
5. Attend mental health counseling.

On September 20, 2007, the defendant was convicted at Trial that Your Honor presided over. She was placed on home confinement with electronic monitoring. Her sentencing date is pending.

     Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **that the defendant's bail is modified as noted in the attached addendum.**

ORDER OF COURT

Considered and ordered this ___8th___ day of ___Jan___, 08 and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1/2/08___

_____
Kenneth Rowan
U.S. Pretrial Services Officer