UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NUMBER: 05-482(JLL)<br>Honorable Jose L. Linares |
| JAMILA DAVIS AND<br>BRENDA RICKARD, | * | |
| DEFENDANTS. | * | |

**ORDER**

The matter before the Court is the <u>Motion for Extension of Time to File Defendant, Brenda Rickard's Objections to Presentence Report</u>, filed through her attorney, James W. Parkman, III, Esq., and the Court having considered the moving papers and for good and sufficient cause shown;

IT IS on this the 23rd day of APRIL, 2008;

ORDERED that the defendant's motion be and the same are hereby granted and the date due for the defendant's Objections to the Presentence Report is the 29th day of APRIL, 2008.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE