UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,                     *

PLAINTIFF,                                    *

V.                                            *        CASE NUMBER: 05-482(JLL)
                                                       Honorable Jose L. Linares

JAMILA DAVIS AND
BRENDA RICKARD,                               *

DEFENDANTS.                                   *

### ORDER

The matter before the Court is the <u>Motion for Psychological Evaluation of the Defendant,</u>

<u>Brenda Rickard</u>, filed through her attorney, James W. Parkman, III, Esq., and the Court having

considered the moving papers and for good and sufficient cause shown;

IT IS on this the ___1st___ day of __MAY___, 2008;

ORDERED that the defendant's motion be and the same are hereby granted and the the

defendant, Brenda Rickard, is hereby ordered to undergo a psychological evaluation prior to the

Sentencing in this matter.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE