UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NUMBER: 05-482(JLL) |
| | | Honorable Jose L. Linares |
| JAMILA DAVIS AND BRENDA RICKARD, | * | |
| DEFENDANTS. | * | |

### ORDER

The matter before the Court is the <u>Motion for Continuance of the Sentencing Hearing</u>, filed through her attorney, James W. Parkman, III, Esq., and the Court having considered the moving papers and for good and sufficient cause shown;

IT IS on this the **1st** day of **MAY**, 2008;

ORDERED that the defendant's motion be and the same are hereby granted and the Sentencing Hearing for the defendant, Brenda Rickard, is hereby continued to the **25th** day of **June**, 2008. at **2:00 PM**.

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE