UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| V. | * CASE NUMBER: 05-482(JLL) |
| | Honorable Jose L. Linares |
| JAMILA DAVIS AND | |
| BRENDA RICKARD, | * |
| DEFENDANTS. | * |

**ORDER**

The matter before the Court is the <u>Second Motion for Extension of Time to File Defendant, Brenda Rickard's Objections to Presentence Report</u>, filed through her attorney, James W. Parkman, III, Esq., and the Court having considered the moving papers and for good and sufficient cause shown;

IT IS on this the __1st__ day of __MAY__, 2008;

ORDERED that the defendant's motion be and the same are hereby granted and the date due for the defendant's Objections to the Presentence Report is the __9th__ day of __June__, 2008.

HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE