UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NUMBER: 05-482(JLL) |
|  |  | Honorable Jose L. Linares |
| JAMILA DAVIS AND BRENDA RICKARD, | * | |
| DEFENDANTS. | * | |

## ORDER

The matter before the Court is the <u>Motion for Permission to Travel</u>, filed through her attorney, James W. Parkman, III, Esq., *opposition thereto,* and the Court having considered the moving papers and for good and sufficient cause shown;

IT IS on this the 16th day of May, 2008;

ORDERED that the defendant's motion be and the same are hereby ~~granted~~ *denied* and the defendant, Brenda Rickard, is ~~hereby~~ *not* granted permission to travel to Watchtower Farms on May 26, 2008 from 8:00 a.m. to 3:00 p.m .

_____
HON. JOSE L. LINARES
UNITED STATES DISTRICT JUDGE