DDG:2005R00412

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :     Hon. Jose L. Linares

           v.  :     Crim. No. 05-482 (JLL)

JAMILA DAVIS,  :
   a/k/a "Jamila Baker," and  :

BRENDA RICKARD  :     O R D E R

 

This matter having been opened to the Court by James W. Parkman, III, appearing on behalf of defendant BRENDA RICKARD, pursuant to a Motion and an Amended Motion for an Order continuing the sentencing of defendant BRENDA RICKARD; and Donna Gallucio and Jenny Kramer, Assistant U.S. Attorneys, appearing on behalf of the government, and the Court having heard the arguments of counsel and for good and sufficient cause having been shown;

It is on this ___26th___ day of June, 2008,

ORDERED that the Motion and the Amended Motion for an Order continuing the sentencing of defendant BRENDA RICKARD (Motion documents 143 and 145) are hereby GRANTED; and it is further

ORDERED that the sentencing hearing for defendant BRENDA RICKARD is now scheduled for July 16, 2008 at 2:00 p.m.; and it is further

ORDERED that defendant BRENDA RICKARD shall submit to a psychological evaluation by Dr. Robert T. Latimer, M.D., P.A., 24 Portland Place, Montclair, NJ 07042 on June 26, 2008, and if she fails to do so, her bail shall be revoked; and it is further

ORDERED that defendant BRENDA RICKARD shall carry her tracking device at all times and if she fails to do so, her bail shall be revoked; and it is further

ORDERED that, to the extent that defendant BRENDA RICKARD wishes to submit any accounting or psychological reports to the Court in connection with her sentencing,

such reports shall be submitted to the Court and the government by no later than July 10, 2008, or the use of these documents shall be barred; and it is further

ORDERED that the sentencing hearing for defendant JAMILA DAVIS is now scheduled for July 16, 2008 at 1:00 p.m.


HON. JOSE L. LINARES
United States District Judge