Ethan Rickard
Federal Correctional Institution
Route 37
Danbury, Ct. 06811

January 08, 2010

Honorable Jose L. Linares
United States District Court - Newark, NJ
50 Walnut Street
Newark, N.J. 07105

I accept your Oath of Office
RE: US v. Rickard 05-482-02

Dear Judge Linares:

You were my trial and sentencing judge in the above-referenced matter.

After my last letter to you which was docketed on January 25, 2007 and addressed in open court, you left the door open for me to contact you if I had any further problems in this case. I have a problem.

On July 16, 2008 I was sentenced to ten (10) years in prison plus a $12.4 million dollar restitution (a life sentence) and called the ringleader and architect of an alleged multi-million dollar mortgage fraud scheme.

During trial there was no financial expert presented in my behalf and no review

1 of 4

Richard to Linares, Judge
US v. Richard 05-482-02
January 08, 2010
27778-050

with me of documents presented at trial by the prosecution; something that should have been done by trial counsel.

After Mr. Parkman② was retained, he requested an accounting② of my books from my accountant and just before sentencing we were left in a lurch due to Mr. Gutweiler's alleged fear and need of more time. Mr. Gutweiler was my accountant for years and the only accountant I had ever used. Mr. Gutweiler was not involved in this case in any way.

About ten (10) months after trial, it was brought to my attention that some of my business checks that had been presented at trial were altered and the numbers and financial charts presented by the prosecution were inaccurate and grossly manipulated. I was told by counsel that nothing could be done about this until after appeal.

Mr. Parkman says that we need an accurate accounting of my financials for the time period and transactions in question which will allow him to come back into court

② Mr. Parkman is the only attorney that has ever asked for an accounting.

2 of 4

Richard to Judge Linare
US v. Richard 05-482-02
January 08, 2010

27278-050

and disprove the allegations made by the prosecution and address other important issues.

I am asking the Court for assistance in obtaining "certified copies" of my bank records from the banks that held my and MS Financial's accounts and I am asking for the assistance of an accountant (CPA) both of which should have been requested by trial counsel.

I would bear this burden myself if I were in financial position to do so. However, I and my children have been trying to obtain these records and an accounting all to no avail and we are in no financial position to purchase the records needed to present to the court. As a matter of fact, within days after my sentencing my children were being evicted from our home and had to move on short notice. They have moved three (3) times in the past 18 months and are suffering emotionally and financially. My 16 year old is at a critical time in his life and has been moved from school to school to school and is not doing well. My daughter is on disability. They cannot handle this problem and the prosecution's documents are tainted.

3 of 4

Rickard to Judge Linares
US v. Rickard 05482-02
January 08, 2010

27278-050

Your Honor, I apologize for any burden and inconvenience to the Court and greatly appreciate its assistance.

Thank you for your anticipated courtesy and cooperation in this matter.

Respectfully,

*signature*

by: Brenda-Lee Rickard

cc: James W. Parkman, III, Esq.