NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA RICKARD,<br><br>Defendant. | Criminal Action No.: 05-0482 (JLL)<br><br>**ORDER** |

On September 20, 2007, Defendant was found guilty by a jury verdict of one count of Conspiracy to Defraud the United States, and six counts of Bank Fraud. This Court sentenced Defendant to, *inter alia*, a term of imprisonment for one hundred twenty-one (121) months. On July 1, 2009, the Court of Appeals affirmed the decision of the District Court. On July 12, 2010, Defendant petitioned this Court in the above-captioned matter for assistance with procuring certain documents from her former attorney, James Parkman, III. Defendant also requested that this Court appoint new counsel to aid her in pursuing a Motion to Vacate, Set Aside, or Correct Sentence (a "2255"). On August 9, 2010, Defendant filed a 2255 in Brenda Rickard v. United States of America, 10-cv-4089.

IT IS on this 21st day of October 2010,

**ORDERED** that Defendant's former attorney, James Parkman, III, turn over the relevant contents of his files relating to Brenda Rickard, including but not limited to all of Defendant's bank records in his possession, to Defendant; and it is further

**ORDERED** that all future motions, including Defendant's motion for Appointment of Counsel shall be filed under Brenda Rickard v. United States of America, 10-cv-4089; and it is further

**ORDERED** that the Clerk of the Court shall close the file in this matter.

_____
Jose L. Linares
United States District Judge