NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMILA DAVIS and<br>BRENDA RICKARD,<br><br>Defendants. | Criminal Action No.: 05-0482 (JLL)<br><br>**ORDER** |

This matter comes before the Court on Defendant Brenda Rickard's motion to join co-Defendant Jamila Davis' motion for a new trial pursuant to Rule 33 of the Federal Rules of Civil Procedure. The government has not submitted any opposition to this motion. As many of the issues raised by Defendant Davis' motion are also applicable to Defendant Rickard,

IT IS on this 27th day of February, 2011

**ORDERED** that Defendant Rickard's motion to join defendant Davis' motion for a new trial is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall provide copies of all submissions already made in support of and in opposition to Defendant Davis' motion for a new trial to Defendant Rickard; and it is further

**ORDERED** that no additional submissions shall be accepted in support of or in opposition to Defendant Davis' motion for a new trial unless directed by the Court.

**SO ORDERED.**

_____
Jose L. Linares
United States District Judge