PLEASE FILE

Brenda Rickard #27278-050
Federal Correctional Institution
Route 37
Danbury, CT 06811

April 04, 2011

Clerk
United States District Court
50 Walnut Street
Newark, N.J. 07105

RE: USA v. Davis, et al
Criminal Case No. 05-482 (JLL)

Dear Clerk & Judge Linares:

On February 24, 2011 Your Honor signed an order granting Motion for Joinder as to Brenda Rickard and forwarded a copy of Petitioner Janita Davis' Memorandum of Law and supporting Appendix. However, I did not receive a copy of the Brief by USA as to Janita Davis re #172 and the Memorandum of Law of the United States in opposition to Davis' Motion for a New Trial filed Nov. 04, 2010.

By this letter, I hereby request a copy of said documents docketed as #176 and #179 together with an updated docket sheet. I am requesting these items so that I can file a certification in support of Davis' motion for a new trial and reply.

Thank you for your courtesy and cooperation

Respectfully submitted,

By: Brenda Rickard

#179 = Petitioners Reply Brief

DATE: April 04, 2011