NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENDA RICKARD,<br><br>Defendant. | Criminal Action No.: 05-0482 (JLL)<br><br>**ORDER** |

This matter comes before the Court on Defendant's motion for an extension of time to file a certification in support of co-defendant Jamila Davis' motion for a new trial (the "Rule 33 Motion"). Defendant also moves to compel her former attorney, James Parkman, to provide her with a readable version of certain documents to aid her in drafting a certification in support of the Rule 33 Motion. On February 24, 2011, this Court granted Defendant's motion to join the Rule 33 Motion, but specifically instructed Defendant that no additional submissions would be accepted in support of same. Thus, the Court must deny Defendant's application for an extension of time to file a supporting certification. Additionally, Defendant has represented to the Court that she seeks documents from Mr. Parkman in order to aid in drafting a supporting certification. However, as the Court is not accepting any additional submissions with respect to the Rule 33 motion, this application is denied as moot.

Accordingly, **IT IS** on this 17th day of May, 2011,

**ORDERED** that Defendant's motion for an extension of time to file a certification or any other documents in support of the Rule 33 Motion is **DENIED**; and it is further

**ORDERED** that Defendant's motion to compel James Parkman to turn over certain documents is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall provide copies of this Order, Defendant Davis' Memorandum of Law in Support of Motion for New Trial, the Government's opposition brief, and Defendant Davis' reply brief to Defendant Rickard; and it is further

**ORDERED** that Defendant is advised that the time to file submissions in Defendant's Motion to Vacate, Amend, or Correct Sentence ("2255"), civil action number: 10-4089, has also expired and the Court will no longer consider any submissions or applications made after the date of entry of this order; and it is further

**ORDERED** that the Clerk of the Court shall, in addition to the instant criminal action number, docket this order in civil action number:10-4089.

**SO ORDERED.**

JOSE L. LINARES
U.S. DISTRICT JUDGE