PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Brenda Rickard  Cr.: 05-00482-002
PACTS #: 43034

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                        CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/16/2008

Original Offense:   Count 1: Conspiracy To Defraud The United States, 18:371
                    Count 2-7: Bank Fraud, 18:1344

Original Sentence: 121 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment $700, Restitution $12, 487, 227.51, Mental Health Treatment, DNA testing, Financial Disclosure, No New Debt/Credit, Employment Restriction.

Type of Supervision: Supervised Release       Date Supervision Commenced: 03/24/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On August 15, 2018, the probation office conducted an Equifax inquiry and it revealed that Rickard has opened up four credit accounts without the permission of our office or Your Honor. |

U.S. Probation Officer Action:
Rickard reported that she was not aware of the imposed condition and will not open any additional lines of credit without prior approval. The probation office is recommending that this notification serve as a written reprimand to the offender. Our office has spoken to this offender and has advised her that she is not to open up any additional credit accounts and that she is to pay off these accounts and leave them at a zero balance.

Respectfully submitted,

*Shannan P. Pereira/nm*

By:  Shannan P. Pereira
     U.S. Probation Officer
Date: 08/20/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] No Formal Court Action to be Taken at This Time (as recommended by Probation)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [x] Other REPRIMAND

_____
Signature of Judicial Officer

8/21/18
Date